■ PEOPLE v JOSE FELTON. [603 NYS2d 718] —Motion for writ of error coram nobis and other related relief is denied in its entirety. This Court's unpublished order entered July 13, 1993 (M-3361) is hereby recalled and vacated. Concur—Sullivan, J. P., Carro, Rosenberger, Ross and Kassal, JJ.